REED SMITH LLP
David A. Kochman
Evan K. Farber
599 Lexington Avenue
New York, NY 10022
(212) 521-5400 (P)
(212-521-5450 (F)

*Attorneys for Plaintiffs*
*Long Side Ventures, LLC*
*and Sunny Isles Ventures, LLC*

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LONG SIDE VENTURES, LLC and SUNNY ISLES VENTURES, LLC,<br><br>                           Plaintiffs,<br><br>- v -<br><br>ADARNA ENERGY CORPORATION f/k/a ECOSYSTEM CORPORATION, GREENSHIFT CORPORATION, and MINORITY INTEREST FUND (II), LLC,<br><br>                           Defendants. | Case No. 12 Civ. 6836 (LTS)(MHD) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the applicable local and individual rules of this Court, and upon the accompanying memorandum of law, affidavit of Evan K. Farber, dated September 18, 2013, and affidavit of Benjamin Kaplan, dated September 19, 2013, plaintiffs Long Side Ventures, LLC and Sunny Isles Ventures, LLC, by their attorneys, Reed Smith LLP, hereby move for a judgment finding defendants Adarna Energy Corporation f/k/a Ecosystem Corporation, Greenshift Corporation, and Minority Interest Fund (II), LLC liable for breach of contract on the First through Eighth Claims for Relief in the Complaint in the

above-captioned action, and awarding a judgment in the aggregate amount of $766,127.79, plus contractual interest, pre- and post-judgment interest and costs.

Dated:  September 19, 2013         By:  /s/ David A. Kochman_____
David A. Kochman (DK 1809)
Evan K. Farber (EF 1049)
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Tel:  (212) 521-5400
Fax:  (212) 521-5450
*Attorneys for Plaintiffs*