UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

LONG SIDE VENTURES, LLC et al.,

        Plaintiffs,

-v-                                                No. 12CV6836-LTS-MHD

ADARNA ENERGY CORPORATION
f/k/a ECOSYSTEM CORPORATION,
et al.,

        Defendants.
-------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-2015

## ORDER

The Court has become aware of a clerical error in the first paragraph of the Conclusion of its Memorandum Opinion and Order dated September 24, 2014 (Docket Entry Number 54). That paragraph is hereby revised to read:

"For the foregoing reasons, Plaintiff's motion for summary judgment is granted in its entirety as to the First through Sixth Claims for Relief, and as to liability with respect to the Seventh and Eighth Claims for Relief. Summary judgment is granted against Ecosystem in favor of LSV in the amount of $32,250, plus 20% annual contractual interest accruing from January 1, 2008; against Ecosystem in favor of LSV in the amount of $20,000, plus 5% annual contractual interest accruing from May 29, 2009; against Ecosystem in favor of LSV in the amount of $10,067, plus 20% annual contractual interest accruing from December 31, 2009; against GreenShift in favor of SIV in the amount of $145,904.15, plus 12% annual contractual interest accruing from January 1, 2008; against Greenshift in favor of LSV in the amount of $49,156.64, plus 5% annual contractual interest accruing from May 29, 2009; and against Greenshift in favor of LSV in the amount of $1,250, plus 20% annual contractual interest accruing from October 31,

2009.  LSV is granted partial summary judgment of liability against MIF in respect of MIF's failure to deliver debentures of face value of $250,000 and $257,500, respectively, in accordance with the Debt Purchase Agreement and the Assignment Agreement."

       SO ORDERED.

Dated: New York, New York
      January 7, 2015

_____
LAURA TAYLOR SWAIN
United States District Judge